IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JOE SABO, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:20-cv-00090-O-BP |
| RICK J. WILSON et al., | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 13), issued on April 26, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DISMISSES without prejudice** the case under 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction

**SO ORDERED** on this **11th day** of **May, 2021**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE